IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MICHAEL GOMILLION,                    *

      Petitioner,               *

vs.                                   *
                            CASE NO. 4:12-CV-104 (CDL)
Warden STANLEY WILLIAMS,               *

      Respondent.               *

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

    After a *de novo* review of the record in this case, the Report and Recommendation filed on November 2, 2012 and the Supplemental Report and Recommendation filed on December 10, 2012 by the United States Magistrate Judge are hereby approved, adopted, and made the Order of the Court.

    The objections of the Petitioner to the Report and Recommendation and the Supplemental Report and Recommendation have been considered and are found to be without merit.

    The Court also adopts the Magistrate Judge's Recommendation that a Certificate of Appealability is not appropriate.

    IT IS SO ORDERED, this 8th day of January, 2013.


                                   s/Clay D. Land
                                   CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE